IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01088-CMA-KLM

AAMER H. BUKHARI,

    Plaintiff,

v.

MEDVED AUTOMOTIVE GROUP, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [Docket No. 25; Filed January 19, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is amended as follows:

| | |
|---|---|
| Designation of Experts Deadline | February 19, 2010 |
| Deadline to Serve All Parties with Discovery | March 19, 2010 |
| Deadline to Designate Rebuttal Experts | March 22, 2010 |
| Discovery Cut-Off | April 21, 2010 |
| Dispositive Motions Deadline | May 21, 2010 |

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for May 24, 2010 at 10:30 a.m. is **vacated** and **reset to June 24, 2010 at 10:00 a.m.**

Dated:  February 4, 2010