IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01088-CMA-KLM

AAMER H. BUKHARI,

    Plaintiff,

v.

MEDVED AUTOMOTIVE GROUP, a Colorado corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the Court on the parties' Joint Motion for Stipulated Dismissal (Doc. # 29). The Court having considered the Motion for Stipulated Dismissal, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs, expenses and attorney's fees.

    DATED: April __5__, 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge